**Dismissed and Memorandum Opinion filed December 18, 2012.**



In The

# Fourteenth Court of Appeals

NO. 14-12-01024-CR

**WILLIAM V. WADE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from County Criminal Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause Nos. 5479**

## M E M O R A N D U M   O P I N I O N

Appellant was charged with failure to appear. A jury found him guilty and assessed a fine of $1. Appellant appealed to County Court at Law No. 3. The appeal was denied. Because we lack jurisdiction, we dismiss the appeal to this court from that order.

An appellant has the right to appeal a municipal court of record judgment to the court of appeals if (1) the fine assessed against the defendant exceeds $100 and

the judgment is affirmed by the county appellate court; or (2) the sole issue is the constitutionality of the statute or ordinance on which a conviction is based. Tex. Gov't Code § 30.00027(a). This statute limits our jurisdiction of appeals from county criminal court appellate decisions to the specific situations set forth in the statute. *See Tex. Vital Care v. State,* 323 S.W.3d 609, 612 (Tex. App. -- Texarkana 2010, no pet.).

Appellant's brief raises no constitutional issue. Therefore, this court lacks jurisdiction because the monetary fine does not exceed $100. Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).

2